## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SOUTHWESTERN PAYROLL SERVICE, INC.            :

                    Plaintiff,                  :

                                                :

        v.                                      :

                                                :

PIONEER   BANCORP   INC.;   PIONEER   BANK;     :
MICHAEL      T.      MANN;      VALUEWISE        :      Case No. 1:19-cv-1349 (FJS/CFH)
CORPORATION   d/b/a   APOGEE   d/b/a   OPTIX    :
CONSULTING,   and   d/b/a   PRIMACY   SEARCH    :
GROUP;   MYPAYROLLHR.COM,   LLC;   CLOUD        :
PAYROLL       LLC;      ROSS      PERSONNEL     :
CONSULTANTS,     INC.,     ALWAYS     LIVE      :
HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX,         :
LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT          :
LLC and HEUTMAKER BUSINESS ADVISORS,            :
LLC,                                            :

                                                :

                    Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NATIONAL PAYMENT CORPORATION,                   :

                                                :

                 Intervenor-Plaintiff,          :

                                                :

        v.                                      :

                                                :

PIONEER   BANCORP   INC.;   PIONEER   BANK;     :
MICHAEL      T.      MANN;      VALUEWISE        :
CORPORATION   MYPAYROLLHR.COM,   LLC;           :
CLOUD   PAYROLL   LLC;   ROSS   PERSONNEL        :
CONSULTANTS,     INC.,     ALWAYS     LIVE      :
HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX,         :
LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT          :
LLC and HEUTMAKER BUSINESS ADVISORS,            :
LLC,                                            :

                                                :

                    Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Tara D. Zickefoose, of the firm Baum, Glass, Jayne, Carwile & Peters, pursuant to Local Rule 83.1(d), respectfully moves the Court to be admitted *pro hac vice*, to represent Plaintiff Southwestern Payroll Service, Inc. in this matter. Pursuant to Local Rule 83.1(d), the undersigned counsel has attached and/or will contemporaneously be submitting the completed Verified Petition for Admission Pro Hac Vice; Declaration of Sponsor; Attorney E-Filing Registration Form; Certificate of Good Standing; and will submit payment of the required *pro hac vice* admission fee of $100.00.

WHEREFORE, premises considered, the undersigned respectfully moves this Court to be admitted *pro hac vice*, to represent Plaintiff Southwestern Payroll Service, Inc. in this matter.

Respectfully submitted,


*s/ Tara D. Zickefoose*

Andrew C. Jayne, OBA # 19493

Tara D. Zickefoose, OBA #31757

BAUM GLASS JAYNE CARWILE & PETERS

Mid-Continent Tower

401 S. Boston, Suite 2000

Tulsa, OK 74103

Telephone: (918) 938-7944

ajayne@bgjclaw.com

tzickefoose@bgjclaw.com

By:


*s/ Michael A. Kornstein*

Michael A. Kornstein, Esq.

Bar Roll No. 103178

COOPER ERVING & SAVAGE LLP

LOCAL COUNSEL FOR PLAINTIFF

39 North Pearl Street, 4th Floor

Albany, NY 12207

Telephone: (518) 449-3900

mkornstein@coopererving.com

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, April 16, 2021, I electronically transmitted the previous document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing was then made to the following ECF registrants:

Michael A. Kornstein – mkornstein@coopererving.com
*Local Counsel for Plaintiff Southwestern Payroll Service, Inc.*

Stephen J. Pontius – spontius@ahn-law.com
*PHV for Plaintiff Southwestern Payroll Service, Inc.*

Walter D. Haskins – whaskins@ahn-law.com
*PHV for Plaintiff Southwestern Payroll Service, Inc.*

Robert J. Alessi – Robert.alessi@us.dlapiper.com
Jeffrey D. Kuhn – Jeffrey.kuhn@us.dlapiper.com
*Counsel for Defendant Pioneer Bancorp, Inc., Pioneer Bank*

Cynthia E. Neidl – neidlc@gtlaw.com
*Counsel for non-party National Payment Corporation*

s/ Rebecca O. Hernandez