# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)

#### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Tara | Dawn | Zickefoose | |

Residence Address: 906 E 165th St.

| City: | State: | Zip: | County: |
|---|---|---|---|
| Glenpool | Oklahoma | 74033 | Tulsa |

#### Business Information

Affiliation/Firm: Baum Glass Jayne Carwile & Peters

Address: 401 S. Boston Ave., Suite 2000

| City: | State | Zip | County |
|---|---|---|---|
| Tulsa | Oklahoma | 74103 | Tulsa |

E-Mail: tzickefoose@bgjclaw.com

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Attorney | 09/25/2013 | 918-938-7944 |

#### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Oklahoma Supreme Court, 09/25/2013
United States Supreme Court, 08/03/2020
United States Court of Appeals, 10th Circuit, 06/15/2018

| | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ☐ | ☒ |
| Are there any disciplinary proceedings presently pending against you? | ☐ | ☒ |
| Have you ever been censured or suspended from practice before any court? | ☐ | ☒ |
| Have you ever been denied admission or readmission to the bar of any court? | ☐ | ☒ |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

#### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| Univ. of Tulsa College of Law, Tulsa, OK | 08/2010 - 05/2013 | Juris Doctor | 05/11/2013 |

Revised 12/2019

| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
|---|
| No. |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Tara D. Zickefoose_
Signature

April 12, 2021
Date