# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Tara Dawn Zickefoose, of Tulsa, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon Exam, on September 25th, 2013, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 12th day of April, 2021.

S-E-A-L

**JOHN D. HADDEN, CLERK**
**SUPREME COURT OF OKLAHOMA**

By: *[signature]*