UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of: **Tara D. Zickefoose**

DECLARATION OF SPONSOR

STATE OF NEW YORK
COUNTY OF **ALBANY**

**Michael A. Kornstein**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **Cooper Erving & Savage LLP**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **103178**.

2. I make this Declaration in support of the admission of **Tara D. Zickefoose**.

3. I have known **Tara D. Zickefoose** since **October, 2019**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~~~~~~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **16th** day of **April**, 20**21**.

*[signature]*
**SPONSOR**