IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

SOUTHWESTERN PAYROLL SERVICE, INC. and GRANITE SOLUTIONS GROUPE, INC.,

*Plaintiffs,*

v.

PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION d/b/a APOGEE d/b/a OPTIX CONSULTING, and d/b/a PRIMACY SEARCH GROUP; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC., ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC and HEUTMAKER BUSINESS ADVISORS, LLC,

*Defendants.*

NATIONAL PAYMENT CORPORATION,

*Intervenor-Plaintiff,*

v.

PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC., ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC; and HEUTMAKER BUSINESS ADVISORS, LLC,

*Defendants.*

Case No. 1:19-cv-1349 (FJS/CFH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, pursuant to Fed. R. Civ. P. 6(b), that

- the time for Intervenor-Plaintiff National Payment Corporation ("NatPay") to respond to Defendants Pioneer Bancorp, Inc. and Pioneer Bank's ("Pioneer") Counterclaims/Crossclaims (Dkt. No. 258), is extended from May 26, 2023 until June 23, 2023;

1

- Pioneer shall file and serve opposition papers in response to any motion by July 21, 2023; and

- NatPay shall file and serve any reply papers by August 4, 2023.

This stipulation does not affect any other scheduled dates in this matter.

Dated: May 24, 2023

| | |
|---|---|
| GREENBERG TAURIG, LLP | DLA PIPER LLP (US) |
| /s/ Cynthia E. Neidl | /s/ Courtney G. Saleski |
| Cynthia Neidl (Bar Roll No. 513737) | Courtney G. Saleski (Bar Roll No. 703877) |
| 54 State Street, 6th Floor | 1650 Market Street |
| Albany, New York 12207 | Suite 5000 |
| Tel: (518) 689-1400 | Philadelphia, Pennsylvania 19103 |
| Email: neidlc@gtlaw.com | Tel.: (215) 656-3300 |
| | Fax: (215) 656-3301 |
| *Attorneys for Intervenor-Plaintiff National Payment Corporation* | Email: courtney.saleski@us.dlapiper.com |
| | *Attorneys for Defendants Pioneer Bancorp Inc. and Pioneer Bank* |

BAUM GLASS JAYNE CARWILE & PETERS

/s/ Andrew C. Jayne
Andrew C. Jayne, Esq. (*pro hac vice*)
401 S. Boston Ave., Suite 2000
Tulsa, Oklahoma 74103
Tel.: (918) 938-7944
Email: ajayne@bgjclaw.com

*Attorneys for Plaintiffs Southwestern Payroll Service, Inc. and Granite Solutions Groupe, Inc.*

So Ordered: 5/31/2023

*[signature: Christian F. Hummel]*
Hon. Christian F. Hummel, U.S.M.J.