IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHWESTERN PAYROLL SERVICE, INC. and GRANITE SOLUTIONS GROUPE, INC., *Plaintiffs*, v. PIONEER BANCORP INC., et. al., *Defendants.* <br><br> NATIONAL PAYMENT CORPORATION, *Intervenor-Plaintiff*, v. PIONEER BANCORP INC., et al. *Defendants.* | Case No. 1:19-cv-1349 (FJS/CFH) |

**NOTICE OF ATTORNEY WITHDRAWAL**

**PLEASE TAKE NOTICE** that effective August 15, 2024, I, Tara D. Zickefoose will no longer be affiliated with Baum Glass Jayne Carwile & Peters, and should be terminated as counsel to Plaintiffs Southwestern Payroll Service, Inc ("Southwestern Payroll") and Granite Solutions Groupe, Inc. ("Granite") (collectively "Plaintiffs").

1

Dated: August 14, 2024                    **BAUM GLASS JAYNE CARWILE & PETERS**

*s/ Tara D. Zickefoose*
Andrew C. Jayne, OBA #19493
Tara D. Zickefoose, OBA #31757
BAUM GLASS JAYNE CARWILE & PETERS
401 S. Boston Ave., Suite 200
Tulsa, Oklahoma 74103
Telephone:  918/938.7944
Facsimile:  918/938.7966
Email:  ajayne@bgjclaw.com
           tzickefoose@bgjclaw.com

-and-

Walter D. Haskins, OBA #3964
Walter D. Haskins, P.C.
1611 S. Utica Ave.
Tulsa, OK 74104
Telephone: 918/231.6602
Email: wdhaskins@protonmail.com

-and-

Michael A. Kornstein, Esq.
Bar Roll No. 103178
COOPER ERVING & SAVAGE LLP
LOCAL COUNSEL FOR PLAINTIFF
39 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 449-3900
mkornstein@coopererving.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of August, 2024, I electronically transmitted the previous document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing was then made to the following ECF registrants:

Michael A. Kornstein – mkornstein@coopererving.com
*Local Counsel for Southwestern Payroll Service, Inc.*

Robert J. Alessi – Robert.alessi@us.dlapiper.com
Steven Rosato – steven.rosato@us.dlapiper.com
Evan E. North – evan.north@us.dlapiper.com
Michael Zahler – mzahler@hodgsonruss.com
M. David Josefovits – david.josefovits@us.dlapiper.com
*Counsel for Defendant Pioneer Bancorp, Inc., Pioneer Bank*

Cynthia E. Neidl – neidlc@gtlaw.com
Julie A. Yedowitz – Julie.yedowitz@gtlaw.com
Roland Garcia – garciar@gtlaw.com
Jennifer Tomsen – tomsenj@gtlaw.com
*Counsel for Intervenor-Plaintiff National Payment Corporation*

*s/ Tara D. Zickefoose*