

Cynthia Neidl
Tel 518.689.1435
neidlc@gtlaw.com

June 9, 2026

**<u>VIA ECF</u>**

Honorable Frederick J. Scullin, Jr.
United States District Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

> Re:    *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.*,
> Northern District of New York, Case No. 1:19-cv-1349 (FJS/PJE)

Dear Judge Scullin:

We represent National Payment Corporation in above-referenced matter and write on behalf of all parties respectfully to request that the Court schedule an additional two weeks, for a total of at least four weeks, for the trial in this matter scheduled to begin on August 17, 2026.

By letter dated September 26, 2025, the parties indicated that they anticipated requiring approximately twenty-five trial days to complete the trial.  (Dkt. No. 395).  On September 30, 2025, the parties received an email from Your Chambers, stating that the Court had set aside the weeks of August 17-21, 2026, and August 24-28, 2026, for the trial, and that Your Honor would discuss the time needed to complete the trial at the August 4, 2026 pretrial conference.

The parties have been preparing for trial and working together to address pretrial submissions and other trial-related issues.  The parties anticipate calling approximately twenty live witnesses and no less than ten experts, introducing deposition testimony of no less than five witnesses, and introducing more than three hundred trial exhibits.  Considering voir dire, openings, closings, and witness testimony, the parties believe that at least twenty trial days are necessary to ensure that all parties have a full and fair opportunity to present their claims and defenses.

We bring these matters to Your Honor's attention now, rather than waiting until the August 4, 2026 pretrial conference, because the length of the trial will have a significant impact on the parties' pretrial submissions and their preparation for trial.  The parties also need to issue trial subpoenas and ensure that trial witnesses are available and have made travel and lodging arrangements to be in Albany at the appropriate time of trial.

Honorable Frederick J. Scullin, Jr.
June 9, 2026
Page 2

       We are available at the Court's convenience to discuss any issues the Court may have.  We appreciate the Court's time and attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP

Cynthia Neidl

cc:  All parties of record (via ECF)
724867796v1