# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Southwestern Payroll Service, Inc. et al

vs.                                       CASE NUMBER: **1:19-cv-1349**

Pioneer Bancorp, Inc. et al

I, JOHN M. DOMURAD, CLERK, by Abbigail Selnick , Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 10th day of June, 2026 against Michael Mann, Cloud Payroll, LLC, and MyPayrollHR.com, LLC as to the cross claims asserted by Pioneer Bancorp Inc. and Pioneer Bank.

Dated:     June 10, 2026

Clerk of Court

By: s/ Abbigail Selnick

Deputy Clerk