GreenbergTraurig

Cynthia Neidl
Tel 518.689.1435
neidlc@gtlaw.com

July 20, 2026

**VIA ECF**

Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

> Re:    *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.*,
>         Northern District of New York, Case No. 1:19-cv-1349 (MAD/PJE)

Dear Judge D'Agostino:

I write on behalf of Plaintiffs in opposition to Defendants' July 17, 2026, letter requesting that the Court set a July 31, 2026 deadline for Daubert motions.  (Dkt. No. 415).

Plaintiffs agree that the prior deadline for filing Daubert motions in this case was adjourned and never reset by the Court, and that, under Judge Scullin's pretrial scheduling order, all motions in limine were due July 7, 2026.  However, Defendants have no basis for representing to the Court that "[a]ll parties were prepared to file their Daubert motions on July 7 and stood just days from the prior deadline, when the Court granted the continuance, so the parties should be able to file them in short order."  (Dkt. No. 415 at 3).

On the contrary, the parties agreed jointly to move for a continuance on June 18, 2026, they filed their joint motion on June 26, 2026, and the Court granted the parties' motion on July 1, 2026. As we informed Defendants, Plaintiffs are unable to file Daubert motions in "short order" because, among other things, the individual primarily responsible for the Daubert motions is out of the country and Plaintiffs are not in a position to complete and file any motions by July 31, 2026. When Plaintiffs agreed to the September 28, 2026, trial date, Plaintiffs understood that all pre-trial submissions would be due no earlier than about thirty days prior to trial.

More importantly, Plaintiffs' anticipated Daubert motions, motion in limine, and trial brief have intertwined and overlapping issues that Plaintiffs are continuing to refine and that should be considered together.  Plaintiffs respectfully submit that it would be both inefficient and unfairly prejudicial to Plaintiffs if the Court imposes a July 31, 2026, deadline for filing Daubert motions or otherwise requires piecemeal pre-trial briefing.

Honorable Mae A. D'Agostino
July 20, 2026
Page 2

We are available at the Court's convenience to address this or any other issues, and appreciate the Court's time and attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP

Cynthia Neidl

cc:  All parties of record (via ECF)