

Cynthia Neidl
Tel 518.689.1435
neidlc@gtlaw.com

July 23, 2026

**VIA ECF**

Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re:    *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.*,
             Northern District of New York, Case No. 1:19-cv-1349 (MAD/PJE)

Dear Judge D'Agostino:

      I write on behalf of the parties to provide a status report concerning the various entities on the case docket that have not yet appeared. (Text Order dated July 8, 2026).

      Unless the Court directs otherwise, Plaintiffs intend to request entry of default as to Michael T. Mann and Valuewise Corporation, and will voluntarily dismiss Plaintiffs' claims against the remaining non-appearing defendants, *i.e.*, MyPayRollHR.Com, LLC, Cloud Payroll, LLC, Ross Personnel Consultants, Inc., Always Live Holdings, LLC, Kaningo, LLC, Hire Flux, LLC, Hire Flux Holdings, LLC, Viverant LLC, and Heutmaker Business Advisors, LLC.

      Likewise, unless the Court directs otherwise, Pioneer intends to keep cross-claim defendants Michael T. Mann, MyPayrollHR.com, LLC, and Cloud Payroll, LLC ("Cloud Payroll"), in the case, with the already-entered defaults noted on the docket. Pioneer will not be seeking a default judgment against these three cross-claim defendants at this time. Pioneer has no cross-claims against the remaining non-appearing defendants.

      The parties are available at the Court's convenience to address any questions regarding the foregoing. We appreciate the Court's time and attention to this matter.

             Respectfully submitted,

             GREENBERG TRAURIG, LLP

             Cynthia Neidl

cc:  All parties of record (via ECF)