**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUTHWESTERN PAYROLL SERVICE, INC. and GRANITE SOLUTIONS GROUPE, INC., | |
| *Plaintiffs,* | |
| *v.* | Case No. 1:19-cv-1349 (MAD/PJE) |
| PIONEER BANCORP INC., et al., | |
| *Defendants.* | |
| NATIONAL PAYMENT CORPORATION, | |
| *Intervenor-Plaintiff,* | |
| *v.* | |
| PIONEER BANCORP INC., et al., | |
| *Defendants.* | |

**STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned stipulate and agree that non-appearing Defendants Ross Personnel Consultants, Inc., Always Live Holdings, LLC, Kaningo, LLC, Hire Flux LLC, Hire Flux Holdings, LLC, Viverant LLC, and Heutmaker Business Advisors, LLC, are hereby dismissed from this action, and that the claims asserted by Plaintiffs Southwestern Payroll Service, Inc. and Granite Solutions Groupe, Inc., and Intervenor-Plaintiff National Payment Corporation as against non-appearing Defendants MyPayrollHR.Com, LLC and Cloud Payroll, LLC, are hereby dismissed as to only those non-appearing Defendants; with each party to bear its own fees and costs. For the avoidance of doubt, this Stipulation of Dismissal does not apply to the crossclaims that Pioneer Bank has asserted against (among others) Cloud Payroll, LLC, and MyPayrollHR.com, LLC (the "Pioneer

Crossclaims," *see* Dkt. Nos. 259, 332), and in executing this Stipulation, Pioneer Bank is not dismissing, releasing, or in any way impairing the Pioneer Crossclaims, which Pioneer Bank continues to maintain in their entirety.  The Clerk's June 10, 2026 Entry of Default (*see* Dkt. No. 405) with respect to the Pioneer Crossclaims remains in full force and effect, and no party will seek or support its vacatur based on this Stipulation.

Dated:  August 3, 2026

**JAYNE PETERS MCVICKER BURKE ASKEW & PARKER**

By:   */s/ Andrew C. Jayne*
    Andrew Jayne, Esq.
    401 S. Boston Ave., Suite 2000
    Tulsa, Oklahoma 74103
    Tel: (918) 938-7944
    ajayne@jpmlawgroup.com

*Attorneys for Plaintiffs Southwestern Payroll Services, Inc. and Granite Solutions Groupe, Inc.*

**GREENBERG TRAURIG, LLP**

By:   */s/ Cynthia E. Neidl*
    Cynthia E. Neidl, Esq.
    54 State Street, 6th Floor
    Albany, NY 12208
    Tel: (518) 689-1435
    neidlc@gtlaw.com

*Attorneys for Intervenor-Plaintiff National Payment Corporation*

**DLA PIPER LLP (US)**

By:   */s/ Robert J. Alessi*
    Robert J. Alessi, Esq.
    Steven M. Rosato, Esq.
    1251 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 335-4500
    robert.alessi@us.dlapiper.com
    steven.rosato@us.dlapiper.com

*Attorneys for Defendants Pioneer Bancorp, Inc. and Pioneer Bank*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:  8/5/2026
    Albany, NY