**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Robert J. Alessi
robert.alessi@us.dlapiper.com
T 212.335.4866

August 17, 2026

**<u>VIA ECF</u>**

Honorable Mae A. D'Agostino
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 122
Albany, New York 12207

Re: *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.* – N.D.N.Y. Case No. 1:19-cv-1349 (FJS/CFH)

Dear Judge D'Agostino:

We represent Pioneer Bank and Pioneer Bancorp, Inc. (collectively, "Pioneer") in the above-referenced matter. In accordance with the Court's suggestion during the July 8, 2026 telephonic conference, we are writing to respectfully request that the Court schedule an in-person settlement conference before Your Honor at a convenient date and time for the Court prior to the final pretrial conference scheduled for September 18, 2026. *See* ECF No. 412 at 1. We explain below the basis for the request.

Mindful of the Court's admonition during the July 8 conference that settlement discussions would be particularly apt in this commercial case, counsel for the parties recommenced settlement discussion during a recent conferral among counsel concerning trial-related matters. During that discussion, and after similar discussions between counsel for Pioneer and Southwestern Payroll, it became clear to Pioneer that the parties would benefit substantially from a settlement conference presided over by Your Honor. Given Your Honor's decades of experience trying cases to verdict, and what we understand is Your Honor's experience serving in such a role as trial judge, Pioneer is confident that Your Honor will be able to both conduct a settlement conference and preside over the anticipated trial of this matter impartially.

Further, a settlement conference before Your Honor is the only meaningful option for a potential pretrial non-litigated resolution of this dispute before an experienced, competent, neutral

DLA PIPER



third party.[1] The final pretrial conference is approximately a month away, and it is simply not possible for a private mediator to become educated sufficiently about the atypical legal and factual issues that this complex commercial case presents in such a short period, notwithstanding documents on file in the case. At best, a private mediator could serve as merely a filter for the parties' advocacy—an approach that would have little chance of succeeding under the circumstances extant here. This Court is best positioned to aid the parties' efforts to potentially resolve this matter in a non-litigated manner, if such a resolution is to occur.

In light of the foregoing, Pioneer respectfully requests that the Court schedule an in-person settlement conference as soon as is convenient for the Court prior to the final pretrial conference.

Respectfully submitted,

*/s/ Robert J. Alessi*

Robert J. Alessi

---

[1] We appreciated the Court's suggestion that the parties consider former Magistrate Judge Hummel as a mediator, but as Judge Hummel acknowledged on the record, a mediator "with business experience" would be better suited to mediate this case. *See* ECF No. 144, 9/23/21 Tr. at 49:13-17. Pioneer agreed with Judge Hummel then and continues to agree now.