GT GreenbergTraurig

Cynthia Neidl
Tel 518.689.1435
neidlc@gtlaw.com

August 18, 2026

**VIA ECF**

Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.*, Northern District of New York, Case No. 1:19-cv-1349 (MAD/PJE)

Dear Judge D'Agostino:

I write on behalf of Intervenor-Plaintiff National Payment Corporation ("NatPay") in response to the August 17, 2026, letter filed by Defendants Pioneer Bancorp, Inc. and Pioneer Bank (collectively, "Pioneer"), in which they request that the Court schedule an in-person settlement conference before Your Honor. (Dkt. No. 451). For the reasons stated below, NatPay respectfully requests that the Court deny Pioneer's request.

Pioneer has never offered to engage in settlement discussions with NatPay, and NatPay has never participated in any settlement discussions with Pioneer, much less any "recommenced settlement discussions" as indicated in Pioneer's letter request. NatPay made a written settlement demand to Pioneer nearly five years ago, and Pioneer never acknowledged or responded to NatPay's offer, or otherwise indicated the slightest interest in settling this case.

During a telephone conference on August 7, 2026, Pioneer asked whether the Plaintiffs would agree to have Your Honor conduct a settlement conference. We reminded Pioneer that NatPay had made a settlement demand that had gone unanswered, and requested a settlement offer from Pioneer to gauge whether settlement talks might be worthwhile. We also asked whether Pioneer was truly interested in settling the case or had some other reason for seeking a conference with Your Honor. Counsel refused to answer the question. NatPay heard nothing further from Pioneer on the issue until yesterday, when Pioneer filed its letter request—seemingly with the approval of Plaintiffs—for an in-person settlement conference with Your Honor.

NatPay appreciates the Court's offer to hold a settlement conference or to refer the parties to Magistrate Judge Evangelista or former Magistrate Judge Hummel. However, the parties' positions are simply too far apart to reach a resolution of this complicated matter at this late stage, particularly given Pioneer's refusal to provide any sort of settlement offer to NatPay and its current demand for no less than $289 million in damages against NatPay. (Dkt. No. 332). The September 28, 2026, trial date rapidly approaches, and it is critical that Plaintiffs focus their limited time and

resources on trial preparation. After nearly seven years of litigation, NatPay looks forward to trying this case to a verdict before the jury.

Because a settlement conference in this case would be futile, a waste of the Court's and the Plaintiffs' time and resources, and will unfairly disrupt Plaintiffs' trial preparation, NatPay respectfully requests that the Court deny Pioneer's request for an in-person settlement conference.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP

Cynthia Neidl

cc: All parties of record (via ECF)