**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

SOUTHWESTERN PAYROLL SERVICE, INC.
and
GRANITE SOLUTIONS GROUPE, INC.,
*Plaintiffs*,

v.

PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION d/b/a APOGEE d/b/a OPTIX CONSULTING, and d/b/a PRIMACY SEARCH GROUP; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC., ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC and HEUTMAKER BUSINESS ADVISORS, LLC,

*Defendants*.

Case No. 1:19-cv-1349 (MAD/PJE)

NATIONAL PAYMENT CORPORATION,

*Intervenor-Plaintiff*,

*v*.

PIONEER BANCORP INC.; PIONEER BANK; MICHAEL T. MANN; VALUEWISE CORPORATION; MYPAYROLLHR.COM, LLC; CLOUD PAYROLL LLC; ROSS PERSONNEL CONSULTANTS, INC., ALWAYS LIVE HOLDINGS, LLC; KANINGO, LLC; HIRE FLUX, LLC; HIRE FLUX HOLDINGS, LLC; VIVERANT LLC; and HEUTMAKER BUSINESS ADVISORS, LLC,

*Defendants*.

## PLAINTIFFS' COUNTER DESIGNATIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS

**COMES NOW** Plaintiffs Southwestern Payroll Service, Inc., Granite Solutions Groupe, Inc. and Intervenor-Plaintiff National Payment Corporation hereby submit the following Counter-Designations in response to the Deposition Designations submitted by Defendants Pioneer Bank and Pioneer Bankcorp Inc.

## PRELIMARY STATEMENT

When counter designating the testimony below, Plaintiffs included lines of testimony where counsel objected to form and where exhibits were being marked. Plaintiffs designated in this manner because editing those objections and marking of exhibits out would make the page and line entries too voluminous and cumbersome to present to the Court for rulings. Plaintiffs do not intend for the jury to hear the objections of counsel or the statements of exhibits being marked. After the Court makes its rulings on deposition designations, the objections of counsel and the statements marking exhibits will be edited out of the video that will be played to the jury.

## MICHAEL KOENIG

**PAGE:LINE**
20:12 – 22:12
29:20 – 30:5

## FANNIE YAO

**PAGE:LINE**
44:21 – 45:7
45:25 – 46:2
47:5 – 48:21
54:9 – 55:1
55:21 – 56:6

**PAGE:LINE**
73:20 – 76:10
78:13-20
79:14 – 85:4
90:13 – 93:6

**JIM HAGEN**

| PAGE:LINE | PAGE:LINE |
|---|---|
| 17:16 - 22 | 180:24 - 25 |
| 19:24 – 20:12 | 182:15 - 20 |
| 144:6 - 25 | 185:9 - 21 |
| 145:1 – 146:8 | 286:14 – 288:3 |
| 146:24 – 147:19 | |

**STEVEN PEREIRA – I (10-19-2022)**

| PAGE:LINE | PAGE:LINE |
|---|---|
| 24:21 – 25:8 | 296:6 – 22 |
| 142:19 -24 | 300:9 – 301:15 |
| 165:17 - 18 | 307:10 – 308:11 |
| 168:8 - 13 | 309:20 – 310:6 |
| 169:13 – 21 | 301:23 – 312:3 |
| 175:14 - 20 | 317:12 – 22 |
| 232:10 – 16 | 325:23 – 326:25 |
| 233:10 – 234:25 | 325:23 – 326:25 |
| 236:1 – 17 | 328:20 - 22 |
| 245:11 – 22 | 329:4- 11 |
| 246:6 – 21 | 330:3 – 9 |
| 247:1 – 249:10 | 330:15 – 21 |
| 255:14 – 256:14 | 338:8 – 339:2 |
| 257:4 – 258:2 | 340:20 – 341:4 |
| 259:22 – 261:6 | 341:14 – 18 |
| 262:20 – 263:19 | 348:6 – 16 |
| 284:11 - 23 | 350:11 – 22 |
| 288:7 - 20 | 351:401 – 403 |
| 294:19 – 21 | |

**STEVEN PEREIRA – II (10-20-2022)**

| PAGE:LINE | PAGE:LINE |
|---|---|
| 29:21 – 30:25 | 81:7 – 83:16 |
| 33:1 - 5 | 93:17 – 95:2 |
| 33:21 – 34:5 | 109:11 – 110:2 |
| 49:7 - 18 | 110:15 – 113:4 |
| 54:13 – 55:19 | 119:1 - 4 |
| 64:6 – 66:3 | 164:5 – 17 |
| 79:6 – 22 | 176:20 – 177:20 |

197:6 – 198:3
201:14 – 202:15
202:25 – 203:18
208:4 – 209:6
214:11 - 14
226:21 – 228: 12
238:1 – 239:16
241:22 – 242:9
243:8 – 247:8
247:13 – 249:25
250:24 – 253:23
260:8 – 24
261:11 – 263:8
264:14 – 265:14

## DAWN CAFERO – I (04-13- 2022)

**PAGE:LINE**
12:17 – 13:4
13:12
14:19 – 15:8
19:8 – 20:17
22:1 – 10
22:24 – 25
25:25 – 26:5
26:20 – 24
39:10 – 11
41:19 – 23
44:8 – 17
51:25 – 52:20
56:22 – 57:7
59:17 – 25
68:22 – 25
73:17 – 74:5
81:2 – 25
82:8 – 84:10
85:1 – 23
89:21 – 90:19
93:1 – 93:19
95:25 – 96:25
102:21 – 103:2
105:9 – 106:25

**PAGE:LINE**
116:19 -117:3
121:10 – 25
122:21 – 123:12
130:9 – 131:15
134:15 – 135:18
147:2 - 3
149:8 – 150:4
179:23 – 180:3
183:2 – 184:15
190:10 – 22
195:9 – 197:2
203:17 – 204:14
228:22 – 231:7
232:1 – 12
233:1 – 234:25
235:20 – 236:16
236:19 - 23
237:18 – 239:19
245:20 – 24
247:10 – 248:22
257:16 – 23
258:19 – 22
260:3 – 12
265:24 – 268:2

## DAWN CAFERO – II (10-18- 2023)

**PAGE:LINE**
18:23 – 19:4
29:11 – 30:19
37:3 - 6
41:20 – 42:9

**PAGE:LINE**
44:4 – 9
44:20 – 22
56:11 – 57:5
67:1 – 25

70:21 – 72:17
75:8 – 76:3
88:16 – 89:17
102:11 – 24
105:1 – 17
105:23 – 106:22
107:10 – 108:11
114:1 – 7
115:1 – 10
116:1 - 17
122:12 – 124:5
124:22 – 125:6
127:12 – 21
128:21 – 129:5
139:1 – 20
172:7 - 15

Plaintiffs further object to Defendants playing the deposition testimony of any witness that is available to testify live, and the counter designations and objections of Jim Hagen, Steven Pereira and Dawn Cafero are submitted out of an abundance of caution in the event they are called to testify and become unavailable to testify live at trial.

Respectfully submitted,

JAYNE PETERS MCVICKER BURKE
ASKEW & PARKER

*s/ Andrew C. Jayne*
Andrew C. Jayne, OBA #19493
401 S. Boston Ave., Suite 2000
Tulsa, Oklahoma 74103
(T) 918/938.7944 (F) 918/938.7966
Email: ajayne@jpmlawgroup.com;

Michael A. Kornstein, Esq.
Cooper Erving & Savage LLP
39 North Pearl Street, 4th Floor
Albany, NY 12207
(T)518/449.3900
Email: mkornstein@coopererving.com

*Attorneys for Plaintiff Southwestern Payroll Services, Inc. and Granite Solutions Groupe, Inc.*

GREENBERG TRAURIG, LLP

*/s/ Cynthia E. Neidl*
Cynthia E. Neidl (513737)
54 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 689-1400
Fax: (518) 689-1499
Email:neidlc@gtlaw.com;

Roland Garcia (admitted pro hac vice)
Jennifer Tomsen (admitted pro hac vice)
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Tel: (713) 374-3510
Email: garciar@gtlaw.com
tomsenj@gtlaw.com

*Attorneys for Intervenor-Plaintiff National Payment Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing was then made to all parties of record.

*s/ Andrew C. Jayne*