**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

SOUTHWESTERN PAYROLL SERVICE, INC. and GRANITE SOLUTIONS,

*Plaintiffs,*

*v.*

PIONEER BANCORP INC., et al.,

*Defendants.*

NATIONAL PAYMENT CORPORATION,

*Intervenor-Plaintiff,*

*v.*

PIONEER BANCORP INC., et al.,

*Defendants.*

Case No. 1:19-cv-1349 (MAD/PJE)

**NOTICE OF ATTORNEY WITHDRAWAL**

**PLEASE TAKE NOTICE** that Julie A. Yedowitz is no longer affiliated with Greenberg Traurig, LLP and should be terminated as counsel to Intervenor-Plaintiff National Payment Corporation. I certify that I am admitted to practice before this Court.

Dated: Albany, New York
September 10, 2026

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Cynthia E. Neidl*
Cynthia E. Neidl (Bar Roll No. 513737)
54 State Street, Sixth Floor
Albany, New York 12207
Tel: (518) 689-1435
Fax: (518) 689-1499
Email: neidlc@gtlaw.com

*Attorneys for Intervenor-Plaintiff*
*National Payment Corporation*