Monday, September 28, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**SOUTHWESTERN PAYROLL SERVICE, INC.;**
**and**
**GRANITE SOLUTIONS GROUPE, INC.,**
**Plaintiffs/**
**Counter Defendants,**

**And** **1:19-cv-1349 MAD/PJE**

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Jayne, Peters, McVicker, Burke, Askew & Parker by: **Andrew Jayne, Esq.** Counsel for Southwestern Payroll Service, Inc. and Granite Solutions Groupe, Inc. *with Representatives C. David Rhoades (SWP) and Daniel L'Abbe.*

Greenberg Traurig, LLP by: **Roland Garcia, Esq. and Cynthia Neidl, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet.*

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Ben Fabens-Lassen, Esq., Courtney Saleski, Esq., and Steven M. Rosato, Esq.** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell.*

**JURY TRIAL DAY 1 – Monday, September 28, 2026**

| | |
|---|---|
| 9:46 a.m. | Judge D'Agostino enters. |
| 9:47 a.m. | The jury panel enters. |
| 9:48 a.m. | The clerk calls the case. Appearances noted for the record. |
| 9:50 a.m. | The Jury pool is sworn (Oath to Veniremen). |
| 9:50 a.m. | Judge D'Agostino addresses the jurors regarding this case. |
| 10:40 a.m. | 16 jurors are seated in the jury box. |
| 10:42 a.m. | Judge D'Agostino voir dire of jurors. |
| 11:40 a.m. | Recess. |
| 11:59 a.m. | Judge D'Agostino enters. |
| 11:59 a.m. | Judge D'Agostino continues voir dire of jurors. |
| 12:05 p.m. | Sidebar with counsel – peremptories exercised |
| 12:15 p.m. | The jury of 8 plus 3 alternates are seated and sworn (Oath to Jurors in Civil Case). |
| 12:19 p.m. | Lunch recess until 1:30 p.m. |
| 12:19 p.m. | Judge D'Agostino addresses counsel regarding pending rulings regarding the Plaintiff's request to reconsider it's decision as to the deposition designations – The plaintiff's request is **DENIED [Dkt. No. 504 is denied].**<br>The Court addresses the requests to alter the depositions of Matthew Mann – the requests at **[Dkt. Nos. 508, 510, 511] are DENIED**. |
| 1:37 p.m. | Judge D'Agostino enters. |
| 1:39 p.m. | The jury enters. |
| 1:39 p.m. | Judge D'Agostino gives a preliminary charge to the jury. |
| 2:17 p.m. | Plaintiff Southwestern Payroll and Granite Solutions Groupe Opening Statements. |
| 3:17 p.m. | Plaintiff National Payment Corporation Opening Statements. |

4:10 p.m. Judge D'Agostino sidebar with counsel regarding scheduling.

4:11 p.m. The jury is excused until tomorrow, September 29, 2026 at 9:00 a.m.

4:11 p.m. Judge D'Agostino addresses counsel regarding stipulated evidence and transcript designations.

4:24 p.m. The defense addresses counsel regarding the scheduling of witnesses and notification opposing counsel. Counsel will notify opposing counsel the day before.
Defense counsel further requests that they be permitted to recall witnesses in their direct case, that the plaintiffs call in their direct case.
Plaintiff's counsel addresses the Court in response regarding witness scheduling.

4:46 p.m. Court stands adjourned until tomorrow, September 29, 2026 at 9:00 a.m.
Trial will resume with the opening statements by counsel for Pioneer Bank.