Tuesday, September 29, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**SOUTHWESTERN PAYROLL SERVICE, INC.;**
**and**
**GRANITE SOLUTIONS GROUPE, INC.,**
**Plaintiffs/**
**Counter Defendants,**

**And** **1:19-cv-1349 MAD/PJE**

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Jayne, Peters, McVicker, Burke, Askew & Parker by: **Andrew Jayne, Esq.** Counsel for Southwestern Payroll Service, Inc. and Granite Solutions Groupe, Inc. *with Representatives C. David Rhoades (SWP) and Daniel L'Abbe.*

Greenberg Traurig, LLP by: **Roland Garcia, Esq. and Cynthia Neidl, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet.*

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Ben Fabens-Lassen, Esq., Courtney Saleski, Esq., and Steven M. Rosato, Esq.** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell.*

**JURY TRIAL DAY 2 – Tuesday, September 29, 2026**

9:06 a.m. Judge D'Agostino enters.

9:08 a.m. The jury enters.

9:10 a.m. Defendant Pioneer Opening Statement.

11:04 a.m. Jury excused for recess.

11:08 a.m. Recess

11:19 a.m. Judge D'Agostino enters.

11:26 a.m. The jury enters.

11:26 a.m. The Plaintiff calls as its *1st witness*, **JEFFREY DARIN ALRED**. The witness is sworn and questioned. Stipulated PDX2.4, PDX2.5 demonstrative presented to the witness and jury. PX-637, PX-638, PX-1112, D-15, D-306 presented to witness and offered into evidence.
**PX-637, PX-638, PX-1112(stipulated), D-15(stipulated), D-306(stipulated) are Accepted and Received**.

12:29 p.m. Lunch recess until 1:30 p.m.

1:36 p.m. Judge D'Agostino addresses counsel regarding stipulated evidence.
**Court Exhibit NO. 1** is entered regarding the exhibits that stipulate into evidence. The parties add D-305 to the defendants stipulated exhibit list. **D-305 and all of the Exhibits listed on Court Exhibit No. 1 are Accepted and Received.**

1:37 p.m. The jury enters.

1:38 p.m. The plaintiff continues direct-examination of their *1st witness*, **JEFFREY DARIN ALRED**. **D-305, D-146, P-252, D-8** is presented to witness. PX-621, PX-1113, PX-649 presented to the witness and offered into evidence. **PX-621, PX-1113 Accepted and Received**.

2:20 p.m. Sidebar with counsel re PX-649.

2:27 p.m. The plaintiff continues direct-examination of *witness*, **JEFFREY DARIN ALRED**. PX-649 presented to witness and offered into evidence.

2:30 p.m. The jury is excused for recess.
The witness is excused for a recess.

2:31 p.m. Defense counsel addresses the Court with their objections as to PX-649 – Objection sustained.

2:40 p.m. The jury enters.

2:40 p.m. The plaintiff continues direct-examination of their *1st witness*, **JEFFREY DARIN ALRED**. PX-650, PX-651, PX-636 presented to witness and offered into evidence. **PX-650, PX-651, PX-636 is Accepted and Received**. **PX-638** presented to witness.

3:13 p.m. Sidebar with counsel.

3:15 p.m. Jury excused for recess.

3:28 p.m. Judge D'Agostino enters.

3:29 p.m. sidebar

3:41 p.m. The jury enters.

3:42 p.m. The plaintiff continues direct-examination of their *1st witness*, **JEFFREY DARIN ALRED**. PX-1117, PX-1118, PX-1129, PX-1131, PX-1132, PX-1133, PX-1130 presented to witness and offered into evidence. **PX-1117, PX-1118, PX-1129, PX-1131, PX-1132, PX-1133, PX-1130 Accepted and Received**. **PX-636** presented to witness.

4:24 p.m. Judge D'Agostino addresses the jurors.
The jury excused for the evening and directed to report tomorrow, September 30, 2026 at 9:15 p.m.

4:25 p.m. Court stands adjourned.

4:30 p.m. – 8:20 p.m. Judge D'Agostino meets with counsel in chambers.