**PLAINTIFF'S Stipulated Exhibits:**

| | | | |
|---|---|---|---|
| PX-3 | PX-181 | PX-660 | PX-1019 |
| 10-12 | 183 | 662 | 1024-1063 |
| 14-15 | 186 | 679-681 | **159** |
| 22 | 201 | 684-685 | **166** |
| 26 | 206-207 | 687-690 | **344** |
| 29-32 | 236 | 692-693 | |
| 37 | 239 | 695-696 | **635** |
| 39-45 | 252 | 722-726 | |
| 47-55 | 326 | 730-734 | |
| 58-59 | 345-346 | 736-739 | |
| 62-63 | 348 | 742-743 | |
| 65-66 | 375 | 748 | |
| 70 | 393-394 | 751-752 | |
| 72 | 468 | 756-758 | |
| 74-78 | 512-513 | 761-766 | |
| 81-93 | 518 | 769-783 | |
| 97-101 | 526 | 785-798 | |
| 118-119 | 535 | 801-849 | |
| 139 | 541 | 851-871 | |
| 158 | 569 | 873-894 | |
| 163 | 574 | 898-919 | |
| 171 | 599 | 923-946 | |
| 177 | 605 | 962-983 | |
| 179 | 639 | 1000-1017 | |

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 19cv1349
DATE: 9/29/26
PENGAD 800-631-6989

**DEFENDANT'S Stipulated Exhibits:**

D-8
10
14
15
16
21
107-108
111
113
117-119
123-124
127
130-132
137-139
140-142
144-146
149-152
159-165
167-169
171-172
174
176-177
180
184-186
189-194

D-198
200-202
206-208
210-215
218
22-23
232
234
242-243
24-29
246
261
301
305
306-308
310
314
318
325
327-328
330
34-36
341
343-345
347

D-38-40
42
46
54-55
78
92
95-98