Wednesday, September 30, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**SOUTHWESTERN PAYROLL SERVICE, INC.;**
**and**
**GRANITE SOLUTIONS GROUPE, INC.,**
**Plaintiffs/**
**Counter Defendants,**

**And** **1:19-cv-1349 MAD/PJE**

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Jayne, Peters, McVicker, Burke, Askew & Parker by: **Andrew Jayne, Esq.** Counsel for Southwestern Payroll Service, Inc. and Granite Solutions Groupe, Inc. *with Representatives C. David Rhoades (SWP) and Daniel L'Abbe.*

Greenberg Traurig, LLP by: **Roland Garcia, Esq. and Cynthia Neidl, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet.*

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell.*

**JURY TRIAL DAY 3 – Wednesday, September 30, 2026**

9:20 a.m. Judge D'Agostino enters.

9:25 a.m. The jury enters.

9:25 a.m. The plaintiff continues direct-examination of their *1st witness*, **JEFFREY DARIN ALRED**. The witness is reminded that he is still under oath. **PX-650, PX-513** presented to witness. PDX3.3 demonstrative presented to the witness and the jury.

9:45 a.m. Defense cross-examination of witness, **JEFFREY DARIN ALRED**. **D-16, D-146** presented to witness. D-277 presented to witness and offered into evidence (page 1 and 4 ONLY). **D-277 (page 1 and 4 ONLY) Accepted and Received**.

11:10 a.m. Recess.

11:27 a.m. Judge D'Agostino enters.

11:28 a.m. Counsel for NatPay addresses the Court regarding proper procedures for their direct, cross, re-cross, and objections. The Court will permit NatPay to question witnesses and raise objections as they see fit.

11:30 a.m. The jury enters.

11:30 a.m. The defense continues cross-examination of witness, **JEFFREY DARIN ALRED**. **D-306, D-15, D-8, D-308, D-16, D-318, D-305** presented to witness. D-321, D-373 presented to witness. **D-321, D-373 Accepted and Received**.

12:41 p.m. The jurors are excused for the day and directed to report tomorrow, October 1, 2026 at 9:15 a.m.

12:42 p.m. Court stands adjourned.