GreenbergTraurig

Cynthia Neidl
Tel 518.689.1435
neidlc@gtlaw.com

October 1, 2026

**VIA ECF**

Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: *Southwestern Payroll Service, Inc., et al. v. Pioneer Bancorp, Inc., et al.*, Northern District of New York, Case No. 1:19-cv-1349 (MAD/PJE)

Dear Judge D'Agostino:

I write on behalf of Intervenor-Plaintiff National Payment Corporation ("Plaintiff"). Plaintiff respectfully requests that the Court rule on the parties' deposition designations, counter designations, and objections (Dkt. Nos. 459, 460, 461, and 462) for the following witnesses whose testimony is now necessary via deposition at trial:

1. Joseph Fleming
2. Darlene Julian
3. Aberash Asfaw
4. John Reinke

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

GREENBERG TRAURIG, LLP

Cynthia Neidl

Cynthia Neidl

cc: All parties of record (via ECF)