Friday, October 2, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.** **1:19-cv-1349 MAD/PJE**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Greenberg Traurig, LLP by: **Roland Garcia, Esq., Cynthia Neidl, Esq., and Kristin Agnew, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet and IT Technician Dave Sayer*.

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell and IT Technician BK Jackson*.

**JURY TRIAL DAY 5 – Friday, October 2, 2026**

9:20 a.m. Judge D'Agostino meets with counsel in chambers.

9:39 a.m. Judge D'Agostino enters the courtroom.

9:39 a.m. The jury enters.

9:39 a.m. Judge D'Agostino addresses the jurors regarding scheduling -

9:41 a.m. The defense continues cross-examination of witness, **JEFFREY DARIN ALRED**. The witness is reminded that he is still under oath. **D-307, D-42** presented to witness. D-4, D-147, D-148 presented to witness and stipulated into evidence. **D-4, D-147, D-148 Accepted and Received**.

| | |
|---|---|
| 10:43 a.m. | Plaintiff National Payment Corporation's cross-examination of *witness*, **JEFFREY DARIN ALRED**. **D-146** Presented to witness. **PX-639, D-16, D-321** presented to witness. |
| 11:09 a.m. | Sidebar with counsel. |
| 11:12 a.m. | recess. |
| 11:26 a.m. | Judge D'Agostino enters. |
| 11:28 a.m. | The jury enters. |
| 11:28 a.m. | The plaintiff continues cross-examination of witness, **JEFFREY DARIN ALRED**. **D-42** presented to witness. |
| 11:33 a.m. | Sidebar with counsel. |
| 11:37 a.m. | The plaintiff continues cross-examination of witness, **JEFFREY DARIN ALRED**. **D-306** presented to witness. |
| 11:44 a.m. | Defense re-cross-examination of witness, **JEFFREY DARIN ALRED**. D-290 presented to witness and stipulated into evidence. **D-290 Accepted and Received**. **D-42** presented to witness. |
| 12:23 p.m. | Plaintiff re-cross-examination of witness, **JEFFREY DARIN ALRED**. **PX-26** presented to witness. |
| 12:31 p.m. | Defense re-re-cross-examination of witness, **JEFFREY DARIN ALRED**. **PX-26** presented to witness. |
| 12:34 p.m. | Plaintiff re-re-cross-examination of witness, **JEFFREY DARIN ALRED**. **PX-26** presented to witness. |
| 12:34 p.m. | The jury is excused for a lunch recess until 1:35 p.m. |
| 1:36 p.m. | Judge D'Agostino enters. |
| 1:38 p.m. | The jury enters. |

| | |
|---|---|
| 1:39 p.m. | The Plaintiff calls as its *1st witness*, **C. DAVID RHOADES**. The witness is sworn and questioned. PX-652 presented to witness and offered into evidence. **PX-652 Accepted and Received**. |
| 1:46 p.m. | Sidebar with counsel. |
| 1:52 p.m. | The Plaintiff continues direct-examination of witness, **C. DAVID RHOADES**. PX-997, PX-216, PX-208, PX-624, PX-625, PX-209, P-626 presented to witness. **PX-997, PX-216, PX-208, PX-625, PX-209 is Accepted and Received**. |
| 2:20 p.m. | Sidebar with counsel regarding PX-626 – objection sustained. |
| 2:25 p.m. | The Plaintiff continues direct-examination of witness, **C. DAVID RHOADES**. |
| 2:27 p.m. | Defense cross-examination of witness, **C. DAVID RHOADES**. |
| 2:35 p.m. | Plaintiff re-direct-examination of witness, **C. DAVID RHOADES**. |
| 2:37 p.m. | The Plaintiff calls as their *2nd witness* via *VIDEO DEPOSTION TESTIMONY*, **MICHAEL MANN**. |
| 2:37 p.m. | Sidebar with counsel. |
| 2:45 p.m. | Recess. |
| 3:15 p.m. | Judge D'Agostino enters. |
| 3:19 p.m. | The jury enters. |
| 3:19 p.m. | Judge D'Agostino gives a limiting instruction to the jury regarding deposition testimony. |
| 3:19 p.m. | The Plaintiff calls as their *2nd witness* via *VIDEO DEPOSTION TESTIMONY*, **MICHAEL MANN**. The Video Deposition Testimony is played for the jury. Exhibits **PX-252, PX-3, PX-40, P-32, PX-29** presented to the witness. |
| 4:44 p.m. | The jury is excused until Monday, October 5, 2026 at 10:30 a.m. |
| 4:44 p.m. | Judge D'Agostino directs counsel to submit their briefs on subject matter jurisdiction – Defense motion due 10/5/26; Response due 10/8/26. |
| 4:48 p.m. | Court stands adjourned. |