Monday, October 5, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.** **1:19-cv-1349 MAD/PJE**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Greenberg Traurig, LLP by: **Roland Garcia, Esq., Cynthia Neidl, Esq., and Kristin Agnew, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet and IT Technician Dave Sayer*.

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell and IT Technician BK Jackson*.

**JURY TRIAL DAY 6 – Monday, October 5, 2026**

10:38 a.m. Judge D'Agostino enters.

10:40 a.m. The jury enters.

10:40 a.m. The plaintiff resumes the **VIDEO DEPOSITION TESTIMONY of MICHAEL MANN**. The Video Deposition Testimony is played for the jury. **PX-29, PX-11, PX-26, PX-85, PX-93, PX-97, PX-12** presented to witness. Exhibits PX-35, PX-280, PX-283, PX-9, PX-301, PX-303, PX-308, PX-320, PX-321, PX-322, PX-25, PX-94, PX-95, PX-390 presented to witness.

11:59 a.m. Recess

12:13 p.m. Judge D'Agostino enters.

12:14 p.m. Defense counsel addresses the Court.
The plaintiff responds in opposition.
Counsel are directed to provide the Court with a proposed limiting instruction they believe would be appropriate to address the issues raised by counsel.
Judge D'Agostino addresses counsel.

12:33 p.m. The jury enters.

12:34 p.m. The plaintiff resumes the **VIDEO DEPOSITION TESTIMONY of MICHAEL MANN**. The Video Deposition Testimony is played for the jury. PX-60, PX-61 presented to witness. **PX-252** presented to witness.

12:59 p.m. Lunch Recess until 2:00 p.m.

2:03 p.m. Judge D'Agostino enters and addresses counsel regarding the possible limiting instruction to be given to the jury.

2:06 p.m. Counsel for the defense addresses the Court.

2:08 p.m. The jury enters.

2:08 p.m. The plaintiff resumes the **VIDEO DEPOSITION TESTIMONY of MICHAEL MANN**. The Video Deposition Testimony is played for the jury. PX-253, Exhibit A (D-307), Exhibit D (D-318), Exhibit E (D-144), Exhibit F (D-180???) presented to the witness. **PX-252, PX-32** presented to witness.

3:31 p.m. Recess.

3:47 p.m. Judge D'Agostino enters.

3:49 p.m. The jury enters.

3:49 p.m. The plaintiff resumes the **VIDEO DEPOSITION TESTIMONY of MICHAEL MANN**. The Video Deposition Testimony is played for the jury. Exhibit G, Exhibit H (D-100), Exhibit Q (D-261)presented to the witness.

4:12 p.m. Sidebar with counsel.

4:17 p.m. The plaintiff resumes the **VIDEO DEPOSITION TESTIMONY of MICHAEL MANN**. The Video Deposition Testimony is played for the jury. PX-322, PX-323 presented to the witness.

4:48 p.m. The jury is excused until tomorrow, October 6, 2026 at 9:30 a.m. Scheduling is discussed with the jury.

4:48 p.m. Judge D'Agostino addresses counsel regarding scheduling.
The plaintiff addresses the Court and requests that the evidence utilized during Michael Mann's deposition testimony be admitted into evidence.
Judge D'Agostino directs plaintiff's counsel to compile a list of exhibits he would like admitted and to confer with defense counsel to see if they can stipulate to the evidence.

4:54 p.m. Court stands adjourned until tomorrow, October 6, 2026 at 9:30 a.m.
Judge D'Agostino will meet with counsel at 9:15 a.m.