**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

SOUTHWESTERN PAYROLL SERVICE, INC. and GRANITE SOLUTIONS GROUPE, INC.,

*Plaintiffs,*

*v.*

PIONEER BANCORP INC., et al.,

*Defendants.*

NATIONAL PAYMENT CORPORATION,

*Intervenor-Plaintiff,*

*v.*

PIONEER BANCORP INC., et al.,

*Defendants.*

Case No. 1:19-cv-1349 (MAD/PJE)

**NOTICE OF PIONEER'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

**PLEASE TAKE NOTICE** that, upon (i) the accompanying memorandum of law, (ii) the attached exhibits; and (iii) all other papers and prior proceedings had herein, Pioneer Bancorp Inc. and Pioneer Bank (collectively, "Pioneer") hereby move this Court, before Judge Mae A. D'Agostino, United States District Judge, at the James T. Foley United States Courthouse, Albany, New York, pursuant to Federal Rule of Civil Procedure 12(h)(3), for an order dismissing the claims of NatPay against Pioneer because the Court lacks subject matter jurisdiction to hear those claims.[1]

[1] After Pioneer identified a "substantial question" as to whether NatPay has a concrete injury to support standing, the Court ordered Pioneer to submit a writing on this issue not to exceed 15 pages. 10/1/26 Trial Tr. at 15:12–18, 20:17–22. Pioneer does so now.

Dated: October 5, 2026
New York, New York

DLA PIPER LLP (US)

By: */s/ Robert J. Alessi*

Robert J. Alessi (NDNY Bar Roll No. 101019)
Steven M. Rosato (NDNY Bar Roll No. 703375)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501
robert.alessi@us.dlapiper.com
steven.rosato@us.dlapiper.com

Courtney G. Saleski (NDNY Bar Roll No. 703877)
Ben Fabens-Lassen (NDNY Bar Roll No. 707766)
M. David Josefovits (NDNY Bar Roll No. 705556)
Jon M. Reid (NDNY Bar Roll No. 707851)
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania 19103
Tel.: (215) 656-3300
Fax: (215) 656-3301
courtney.saleski@us.dlapiper.com
ben.fabens-lassen@us.dlapiper.com
david.josefovits@us.dlapiper.com
jon.reid@us.dlapiper.com

*Attorneys for Defendants-Counterclaimants*
*Pioneer Bancorp, Inc. and Pioneer Bank*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties in this action/known counsel of record via the CM/ECF system on this 5th day of October 2026.

*/s/ Robert J. Alessi*
Robert J. Alessi (NDNY Bar Roll No. 101019)