Tuesday, October 6, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.** **1:19-cv-1349 MAD/PJE**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Greenberg Traurig, LLP by: **Roland Garcia, Esq., Cynthia Neidl, Esq., and Kristin Agnew, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet and IT Technician Dave Sayer*.

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell and IT Technician BK Jackson*.

**JURY TRIAL DAY 7 – Tuesday, October 6, 2026**

9:13 a.m. Judge D'Agostino enters and addresses counsel regarding the limiting instructions that the Court intends to give to the jury and the issue of damages.

Plaintiff's counsel addresses the Court regarding theories of recovery and damages. The defense responds in opposition [related to Dkt. No. 529].

The Court will permit the plaintiff to brief the issue related to declaratory judgment – in 5-pages or less – due by tomorrow, 10/7/26.

9:38 a.m. The jury enters.

9:39 a.m. Judge D'Agostino gives a limiting instruction to the jury regarding the video deposition testimony of Michael Mann.

| | |
|---|---|
| 9:42 a.m. | The Plaintiff National Payment Corporation calls as its *3rd witness*, **DAWN CAFARO**. The witness is sworn and questioned. Demonstrative exhibit PDX5.1, PDX5.2, PDX5.3, PDX5.4, PDX5.5, PDX5.6, PDX5.7, PDX5.8 presented to witness. PX-1126, PX-1128, PX-1121, PX-598 presented to witness and offered into evidence. **PX-1126, PX-1128, PX-1121, PX-598 Accepted and Received by stipulation**. |
| 10:57 a.m. | Recess |
| 11:17 a.m. | Judge D'Agostino enters. |
| 11:19 a.m. | The jury enters. |
| 11:19 a.m. | The Plaintiff continues direct-examination of witness, **DAWN CAFARO**. Demonstrative PDX5.10, PDX5.9 presented to witness. **PX-599, D-169, D-193, D-207, PX-1016, P-346** presented to witness. D-062, D-63, D-64, D-65, D-66 presented to witness and offered into evidence – **D-062, D-63, D-64, D-65, D-66 Accepted and Received by stipulation**. |
| 12:16 p.m. | Lunch Recess until 1:20 p.m. |
| 1:38 p.m. | Judge D'Agostino enters. |
| 1:40 p.m. | The jury enters. |
| 1:41 p.m. | Defense cross-examination of witness, **DAWN CAFARO**. The witness is reminded that she is still under oath. PDX5.2 presented to witness. **D-46, D-42** presented to witness. D-47, D-73 presented to witness and offered into evidence. **D-47, D-73 Accepted and Received by stipulation**. |
| 3:27 p.m. | Recess |
| 3:46 p.m. | Judge D'Agostino enters. |
| 3:48 p.m. | The jury enters. |
| 3:48 p.m. | Judge D'Agostino addresses counsel regarding stipulated exhibits related to the Michael Mann Deposition testimony. All parties stipulate the admission of the exhibits listed on Court Exhibit No. 2. **All Exhibits listed on COURT EXHIBIT NO. 2 are Accepted and Received**. |
| 3:49 p.m. | The defense continues cross-examination of witness, **DAWN CAFARO**. D-49, PX-1109, D-41, D-72 presented to witness and offered into evidence. **D-49, PX-1109, D-41, D-72 Accepted and Received by stipulation**. **D-73** presented to witness. |

4:46 p.m. Plaintiff re-direct-examination of witness, **DAWN CAFARO**.

4:49 p.m. Sidebar with counsel.

4:52 p.m. The Plaintiff continues re-direct-examination of witness, **DAWN CAFARO**.

4:53 p.m. The jury is excused until tomorrow, October 7, 2026 at 9:15 a.m. Judge D'Agostino addresses the jury regarding scheduling for this week. Tomorrow we will work 9:15 a.m. – 1:00 p.m. – we will resume with the re-direct-examination of witness, Dawn Cafaro.

4:57 p.m. Judge D'Agostino addresses counsel regarding scheduling for next week.
Due to juror appointments, the Court must adjust the schedule on
Tuesday, October 13th – we will work 9:30 a.m. – 12:30 p.m. and resume at 2:15 p.m. until 5:00 p.m.;
AND Thursday, October 14th – we will work 9:00 a.m. – 12:30/1:00 p.m.

Judge D'Agostino informs counsel for NatPay that their response to the defendant's Motion to Dismiss is due to be filed by Thursday, 10/8/26.

5:00 p.m. Court stands adjourned until tomorrow, October 7, 2026 at 9:15 a.m.