Friday, October 9, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Daniel Krug
Steno: Lisa Tennyson

---

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.** **1:19-cv-1349 MAD/PJE**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Greenberg Traurig, LLP by: **Roland Garcia, Esq., Cynthia Neidl, Esq., and Kristin Agnew, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet and IT Technician Dave Sayer*.

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell and IT Technician BK Jackson*.

**JURY TRIAL DAY 10 – Friday, October 9, 2026**

9:30 AM Court meets with counsel outside the presence of the jury

10:30 AM Judge enters

10:33 AM Jury enters.

10:35 AM Plaintiff presents video testimony of John Reinke.

12:30 PM Jury is excused for lunch to return at 1:45 PM.

12:32 PM Counsel for defendant is heard outside the presence of the jury.

1:55 PM Counsel heard outside the presence of the jury.

2:03 PM Jury enters; video testimony of John Reinke resumes.

| | |
|---|---|
| 2:53 PM | Plaintiff presents video testimony of Darlene Julian. |
| 4:53 PM | Jury is excused for the weekend to return Tuesday, October 13, 2026 at 9:30AM |
| 4:56 PM | The Court addresses Counsel outside the presence of the Jury. |
| 5:00 PM | Court stands in recess. |