Tuesday, October 13, 2026, Albany, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**NATIONAL PAYMENT CORPORATION,**
**Intervenor Plaintiff/**
**Counter Defendant.**

**vs.** **1:19-cv-1349 MAD/PJE**

**PIONEER BANCORP, INC.;**
**and**
**PIONEER BANK,**
**Defendants/**
**Counterclaimants.**

---

APPEARANCES: Greenberg Traurig, LLP by: **Roland Garcia, Esq. and Cynthia Neidl, Esq.,** for Intervenor Plaintiff National Payment Corp. *with Representative Allan Van Fleet.*

DLA Piper LLP (US) by: **Robert J. Alessi, Esq., Steven M. Rosato, Esq., Courtney Saleski, Esq., and Ben Fabens-Lassen, Esq..** Counsel for defendants Pioneer Bancorp and Pioneer Bank *with Representative Tom Amell.*

**JURY TRIAL DAY 11 – Tuesday, October 13, 2026**

9:00 a.m. Judge D'Agostino meets with counsel in chambers. The parties have reached a resolution.

10:45 a.m. The settlement is placed on the record.

11:15 a.m. Judge D'Agostino discharges the jury with the thanks for the Court.